# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

160756

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 160756
                                COA: 350335
SEAN YOUNG,                            Wayne CC: 89-002057-FC
      Defendant-Appellant.

_____/

By order of April 29, 2020, the application for leave to appeal the November 20, 2019 order of the Court of Appeals was held in abeyance pending the decision in *People v Manning* (Docket No. 160034). On order of the Court, the case having been denied on December 28, 2020, 506 Mich 1033 (2020), the application is again considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021



Clerk

p0727